IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RITA SHARAN; and CHAKRADHARI SHARAN ) ) ) v. ) ) JONELANE P. GASAWAY-FISHER; ) and THE SALVATION ARMY ) | No. 3-09-0474 |

O R D E R

By orders entered July 6, 2009 (Docket Entry Nos. 11-12), deadlines for the progression of the case were established, including an April 15, 2010, deadline for filing any dispositive motion.

No dispositive motion has been filed in this case.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Thursday, April 29, 2010, at 3:00 p.m.,** to be initiated by defendants' counsel, to address the status of the case, the potential for settlement, propriety of ADR,[1] and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 28, 2010 (Docket Entry No. 17), the parties were directed to file another mediation report by May 21, 2010. However, in light of the fact that no dispositive motion has been filed and the March 15, 2010, deadline for completion of discovery, it appears appropriate to schedule a conference call prior to May 21, 2010.