IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RITA SHARAN; and CHAKRADHARI )
SHARAN ) No. 3-09-0474
 )
v. )
 )
JONELANE P. GASAWAY-FISHER; )
and THE SALVATION ARMY )

O R D E R

Pursuant to the order entered April 21, 2010 (Docket Entry No. 19), counsel for the parties called the Court on April 29, 2010, at which time the following matters were addressed:

1. The parties' depositions have been completed and the only medical deposition is scheduled on May 5, 2010.

2. No dispositive motion will be filed in this case.

3. Counsel for the parties have broached the subject of settlement but no firm settlement demand has yet been made. The parties anticipate that they will attempt to resolve this case themselves and, if unsuccessful, will schedule private mediation.

4. Counsel for the parties shall file a joint mediation report by May 13, 2010, indicating whether they have scheduled private mediation, and if so, when and before whom, and, if not, whether they anticipate being able to reach a settlement themselves without participating in mediation.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 28, 2010 (Docket Entry No. 17), the parties were directed to file another mediation report by May 21, 2010. However, based on the discussions on April 29, 2010, they shall file such a report by May 13, 2010.