IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RITA SHARAN; and CHAKRADHARI )
SHARAN ) No. 3-09-0474
 )
v. )
 )
JONELANE P. GASAWAY-FISHER; )
and THE SALVATION ARMY )

O R D E R

In accord with the joint updated status report (Docket Entry No. 24), the parties shall have until August 2, 2010, to file a stipulation or agreed order of dismissal in this case.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the parties' stipulation or agreed order of dismissal.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered July 7, 2009 (Docket Entry No. 123), the pretrial conference and trial were scheduled on August 23, 2010, and August 31, 2010, respectively.