IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RITA SHARAN, et al. )
)
v. ) NO. 3-09-0474
) JUDGE CAMPBELL
JONELANE P. GASAWAY-FISHER, )
et al. )

ORDER

The Court has received an Agreed Stipulation of Dismissal With Prejudice (Docket No. 26), signed by counsel for all parties. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE